UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILL HERRON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV627CDP |
| | ) |
| RON ELKINS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed his third post-judgment motion disputing my order of November 7, 2006, which dismissed his case for failure to exhaust administrative remedies. He again argues that he was not required to exhaust administrative remedies to challenge a disciplinary proceeding, but he has raised nothing new that leads me to believe my previous order was incorrect. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for relief from order/judgment [#41] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2007.